Jesse L. Miller (SBN 183229)
Jennifer R. Fearnow (SBN 246007)
Rebecca G. Durham (SBN 319403)
REED SMITH LLP
101 Second Street, Suite 1800
San Francisco, CA 94105-3659
Tel: 415.543.8700 / Fax: 415.391.8269

Christopher O. Rivas (SBN 238765)
REED SMITH LLP
355 South Grand Avenue, Suite 2900
Los Angeles, CA 90071-1514
Tel: 213.457.8000 / Fax: 213.457.8080

Attorney for Plaintiff Sameh Fawzy

FILED & ENTERED

APR 25 2019

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY craig     DEPUTY CLERK

CHANGES MADE BY COURT

# UNITED STATES BANKRUPTCY COURT
# CENTRAL DISTRICT OF CALIFORNIA
# RIVERSIDE DIVISION

| | |
|---|---|
| In re<br><br>LISA M. GARCIA,<br><br>    Debtor. | No. 6:18-bk-10058-SC<br><br>Chapter 7 |
| SAMEH FAWZY,<br><br>    Plaintiff,<br><br>    vs.<br><br>LISA M. GARCIA,<br><br>    Defendant. | Adv. No. 6:18-ap-01065-SC<br><br>**SCHEDULING ORDER AND ORDER APPROVING JOINT PRE-TRIAL STIPULATION**<br><br>Pretrial Conference:<br>Date:    March 20, 2019<br>Time:   1:30 p.m.<br>Place   Video Hearing Room 126<br>            3420 Twelfth Street<br>            Riverside, CA 92501<br><br>Trial:<br>Date:    August 5, 2019<br>Time:   9:30 a.m.<br>Place:   Courtroom 5C<br>            411 W Fourth St.<br>            Santa Ana, CA 92701<br><br>Hon. Scott C. Clarkson |

REED SMITH LLP
A limited liability partnership formed in the State of Delaware.

The pre-trial conference in the above-captioned adversary proceeding came on for hearing before the undersigned Bankruptcy Judge in Video Hearing Room 126 at 3420 12th Street, Riverside, California.  Appearances were as stated in record.  The Court, after reviewing the pre-trial stipulation and arguments from counsel, determined that the parties had to amend the pre-trial stipulation, and that a trial by declaration would be held on August 5, 2019.

**IT IS HEREBY ORDERED** that:

1. A trial by declaration will be held on August 5, 2019 at 9:30am at Courtroom 5C, United States Bankruptcy Court, 411 West Fourth Street, Santa Ana, California 92701.
2. The Parties are to comply with this Court's trial by declaration procedures which are available on the Court's website.
3. All parties must file motions in limine in time to be heard by July 3, 2019.
4. Parties must provide the Court with all exhibits by July 29, 2019.  The Parties are to provide the Court with a unified set of exhibits, presented in one and half inch binder(s).
5. The Amended Joint Pre-Trial Stipulation filed April 15, 2019 [Dk. 34] is approved.

**IT IS SO ORDERED.**

###

Date: April 25, 2019

Scott C. Clarkson
United States Bankruptcy Judge